IN THE UNITED STATES DISRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA   )
   )      CRIMINAL ACTION
        v.   )
   )      NO. 2:11-CR-44-RWS-JCF
RAY H. ADAMS   )
   )

## DEFENDANT RAY H. ADAMS' OBJECTION TO GOVERNMENT'S VOIR DIRE QUESTIONS

COMES NOW Defendant Ray H. Adams, by and through undersigned counsel, and notes his objection to the Government's proposed individual voir dire questions (Doc. 200) as follows:

1.

Questions thirteen (13), (of necessity) fourteen (14), fifteen (15), seventeen (17), (of necessity) eighteen (18), as each of these questions as the potential jurors to pre-evaluate evidence, not in context, relating to the credibility of Government witnesses; these questions are <u>not</u> asking general principles of law nor seeking information relating to a juror's prejudice—the Government just wants a pre-evaluation of the jurors' reaction to using known criminals as witnesses.

Respectfully submitted, this 3rd day of January, 2014.

**s/ Edward D. Tolley**
Georgia Bar No. 714300
**s/ Devin Hartness Smith**
Georgia Bar No. 918980
Attorney for Ray Adams
Cook Noell Tolley & Bates LLP
304 E. Washington Street
P. O. Box 1927
Athens, Georgia 30603
(706) 549-6111
etolley@mindspring.com
devinhsmith@yahoo.com

**s/ Barry V. Lombardo**
Georgia Bar No. 456460
Attorney for Ray Adams
5425 Honeysuckle Trail
Gainesville, Georgia 30506
(770) 888-3108
bvlombardo@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2014, I electronically filed the

foregoing DEFENDANT RAY H. ADAMS' OBJECTION TO GOVERNMENT'S

VOIR DIRE QUESTIONS with the Clerk of Court using the CM/ECF system

which will automatically send email notification of such filing to the following

attorneys of record:

Jeffrey Aaron Brown
U.S. Attorney's Office-ATL
Jeff.A.Brown@usdoj.gov

Daniel A. Summer
Summer & Summer
danosummer@aol.com

**s/ Edward D. Tolley**
Georgia Bar No. 714300
Attorney for Ray Adams
Cook Noell Tolley & Bates LLP
304 E. Washington St.
P. O. Box 1927
Athens, Georgia 30603
(706) 549-6111
etolley@mindspring.com
